**Cynthia M. ALSTON, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.**

No. 14–1294.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

Cynthia M. Alston, Appellant Pro Se. Maija DiDomenico, Assistant Regional Counsel, Social Security Administration, Philadelphia, Pennsylvania, for Appellee.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cynthia M. Alston appeals the district court's order accepting the magistrate judge's recommendation and upholding the Commissioner's denial of Alston's application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Alston v. Astrue,* No. 7:12–cv–00553–SGW–RSB (W.D.Va. Feb. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*